*REMAND/MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DEL RIO and SHIRLEY DEL RIO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>　　　　　Defendants. | No. CV 12-5587-GW (AGRx)<br><br>**NOTICE OF RULING** |

For reasons stated in the Tentative Ruling (*see* Docket No. 19) and at the hearing on August 30, 2012, the Court makes the Tentative Ruling its final decision on the Defendants' Motion to Dismiss the Plaintiffs' Second Amended Complaint. In so doing, the Court dismisses Plaintiffs' 42 U.S.C. § 1983 claim without prejudice. As to the remaining state law claims, the Court declines to exercise supplemental jurisdiction over them as per 28 U.S.C. § 1367(c)(2) and (3) because the Court has dismissed the only claim over which it has original jurisdiction and the state law claims substantially predominate over the section 1983 claim. Therefore, the remaining state claims are remanded to the Santa Barbara County Superior Court.

Dated: This 5th day of September, 2012.

　　　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　United States District Judge